**Exhibit 10**

My name is Alba Castro, Embeer Gutierrez's life partner, who is currently in prison.

I am writing this letter to express my full support for him and to ask that his situation be considered with compassion. Embeer has always been a hard-working man, responsible to his family, and loved by those who know him. Although he has made mistakes, he has shown a true desire to change. Since his incarceration, he reads the Bible a lot and has maintained good behavior. As a family, we are committed to supporting him if he is released. He will have a place to live and will be surrounded by people who love him, and we will guide him in the right direction. I fully trust that Embeer will take advantage of a second chance if granted. I appreciate you taking the time to read this letter and consider our request. He is a man I love with my life.

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

## I STATE THAT THE ATTACHED DOCUMENT
### "Statement"

**From: ALBA CASTRO**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____
(Signature of Translator/Verifier)

Date: **July 31, 2025**

<u>OSMEL PADRON</u>
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member N° 270354

Mi Nombre es Alba Castro Compañera de hogar de Embeer Gutierres quien actualmente se encuentra detenido. Escribo esta carta para expresar mi total apoyo hacia el y para pedir que se considere su situacion con Compasion Embeer siempre a sido un hombre trabajador, responsable con su familia y querido por quienes lo conocen. Auque a cometido errores, ha mostrado un verdadero deseo de Cambiar. Desde que esta recluido Lee mucho la biblia y a mantenido una buena Conducta. Como familia estamos Comprometidos a apoyarlo si es liberado. El tendra un lugar donde vivir y estara rodeade de persona que lo quieren y lo guiaremos por el buen camino. Confio plenamente en que Embeer aprobechara una Segunda oportunidad si se le consede. Agradesco que se tomen el tiempo de leer esta carta y Considerar nuestra peticion. El es un hombre que amo con mi vida.